9:00 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

TUESDAY, JULY 30, 2024

Coram: KRAUSE, RESTREPO and MATEY, Circuit Judges

*ZOOM CONFERENCE

No. 21-2997

ALICIA A. COHEN
v.
RONALD A. COHEN, et al.,

Ronald A. Cohen,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| STEPHEN A. FOGDALL | DAVID R. FINE |
| (20 minutes per Court) | (20 minutes per Court) |

No. 23-1899

UNITED STATES OF AMERICA
v.
NAHSIEM MCINTOSH,
a/k/a Nahsiem McInosh,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| MARY K. HEALY | JESSE S. WENGER |
| (20 minutes per Court) | (20 minutes per Court) |

PAGE TWO – CONTINUED                    TUESDAY, JULY 30, 2024

Coram: KRAUSE, RESTREPO and MATEY, Circuit Judges

No. 22-2501

UNITED STATES OF AMERICA
v.
RAJERI CURRY,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| *GILBERT J. SCUTTI | JANE M. DATTILO |
| (20 minutes per Court) | (20 minutes per Court) |